UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 12-20757-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAISY MILLER,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation issued by United States Magistrate Judge Jonathan Goodman, on June 16, 2014. The Report and Recommendation recommends to this Court, that counsel Todd Omar Malone, Esquire be paid **$141,205.94** as fair and final compensation for his work on this case. Accordingly, the Court has considered the Report and Recommendation, and the pertinent parts of the record, counsel's notice of non-objection to the report and recommendation of Magistrate Judge Goodman. Based on the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is hereby **ADOPTED and AFFIRMED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24 day of June, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
T. Omar Malone, Esq
Lucy Lara, CJA Administrator